CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Long Island Lighting Company, Orange and Rockland Utilities Inc., San Diego Gas & Electric Company, Southern California Edison Company, Pacific Gas & Electric Company, International Paper Company, Weyerhauser Company, and Meadwestvaco Corporation, Plaintiffs–Appellants,

v.

Samuel W. BODMAN, Secretary of Energy and George B. Breznay, Director, Office of Hearings and Appeals, Defendants–Appellees.

No. 05–1509.

United States Court of Appeals, Federal Circuit.

July 27, 2006.

*ORDER*

Upon consideration of Consolidated Edison Company of New York, Inc. et al.'s unopposed motion to voluntarily dismiss their appeal, from a decision of the United States District Court for the District of Columbia in district court case no. 04–CV–382,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Amando D. CRUZ, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2006–3193.

United States Court of Appeals, Federal Circuit.

July 27, 2006.

Amando D. Cruz, pro se.

Before NEWMAN, Circuit Judge.

*ORDER*

The court treats the informal brief submitted by Amando D. Cruz as a motion for reconsideration of the court's order dismissing his petition for review for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

(2) The Office of Personnel Management's brief is due within 40 days of the date of filing of this order.